William F. Etter
Susan W. Troppmann
ETTER, MCMAHON, LAMBERSON & CLARY, P.C.
421 W. Riverside Avenue, Suite 1600
Spokane WA 99201
Telephone: (509) 747-9100
Facsimile: 509-623-1439

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 17 2004

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WORKLAND & WITHERSPOON, PLLC, and GREGORY LIPSKER,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY INTERNATIONAL UNDERWRITERS, INC. and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendants. | CV-04-0207-EFS<br><br>No.<br><br>COMPLAINT FOR DECLARATORY JUDGMENT |

Plaintiffs, Workland & Witherspoon, PLLC, and Gregory Lipsker, by their undersigned attorneys, allege as follows:

Complaint for Declaratory Judgment - 1

ETTER, McMAHON, LAMBERSON & CLARY, P.C.
1600 PAULSEN CENTER, 421 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0401   (509) 747-9100

## I. JURISDICTION AND VENUE

1. Plaintiff Workland & Witherspoon, PLLC, is a Washington professional limited liability corporation with its principal place of business in Spokane County in the Eastern District of Washington.

2. Plaintiff Gregory Lipsker is a lawyer licensed to practice in the State of Washington and a principal in the Workland & Witherspoon firm. Mr. Lipsker works and resides in Spokane County in the Eastern District of Washington.

3. Defendant Liberty International Underwriters, Inc. ("LIU") is a foreign corporation with its principal place of business in New York, New York. LIU is a division, subsidiary or affiliate of defendant Liberty Mutual Insurance Company ("Liberty Mutual"), and is doing business in Spokane County in the Eastern District of Washington.

4. Liberty Mutual is a foreign corporation with its principle place of business in Boston, Massachusetts. Liberty Mutual is licensed to do insurance business in the State of Washington and is doing business in Spokane County in the Eastern District of Washington.

Complaint for Declaratory Judgment - 2

ETTER, MCMAHON, LAMBERSON & CLARY, P.C.
1600 PAULSEN CENTER, 421 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0401   (509) 747-9100

5. This court has jurisdiction under 28 U.S.C. §§ 1332(a) and (c) because the parties are of diverse citizenship and because the amount in controversy exceeds $75,000.

6. Venue is proper in the Eastern District of Washington under 28 U.S.C. §§ 1391(a) and (c) because defendants reside in this judicial district and because a substantial part of the events or omissions giving rise to this action occurred in this district.

7. The court has authority to issue a declaratory judgment under 28 U.S.C. § 2201 and Fed. R. Civ. P. 57 because an actual controversy within its jurisdiction exists. The court also has authority under the Uniform Declaratory Judgment Act, RCW 7.24.190.

## II. FACTS

8. Workland & Witherspoon is the named insured in Lawyers Professional Liability Policy No. LPM197581-0103 ("the policy") issued by defendants. Mr. Lipsker is an insured under the policy. A true and accurate copy of the policy is attached to this complaint as Exhibit 1 and is incorporated by reference. The policy provides, in part, as follows:

Complaint for Declaratory Judgment - 3

ETTER, McMAHON, LAMBERSON & CLARY, P.C.
1600 PAULSEN CENTER, 421 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0401   (509) 747-9100

I. **Coverage**

   A. **Professional Liability and Claims Made Clause**: This policy shall pay on behalf of each **Insured** all sums in excess of the deductible amount up to the limits of liability stated in the Declarations which the **Insured** shall become legally obligated to pay as damages as a result of **CLAIMS FIRST MADE AGAINST THE INSURED DURING THE POLICY PERIOD AND REPORTED TO THE COMPANY DURING THE POLICY PERIOD**

   1. caused by any act, error or omission for which the **Insured** is legally responsible ...

   and ... arising out of the rendering or failure to render **professional legal services** ...

   B. **Consent to Settle, Defense**: The Company shall defend any **claim** against any **Insured** including the appeal thereof seeking **damages** to which this insurance applies even if any of the allegations of the suit are groundless, false, or fraudulent ... .

9. The policy covers claims made against the plaintiffs and reported to LIU in the period from January 1, 2003 to January 1, 2004.

10. On or about June 30, 2003, Workland & Witherspoon reported a potential claim by Albert M. Zlotnick against Mr. Lipsker and Workland & Witherspoon to LIU. A true and accurate copy of the letter notifying LIU of the claim is attached to this complaint as Exhibit 2 and is incorporated by reference

Complaint for Declaratory Judgment - 4

ETTER, McMAHON, LAMBERSON & CLARY, P.C.
1600 PAULSEN CENTER, 421 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0401  (509) 747-9100

11. On March 22, 2004, Workland & Witherspoon received a demand letter and draft complaint from James B. Stoetzer of Lane Powell Spears Lubersky, LLP, counsel for Mr. Zlotnick.

12. On or about March 23, 2004, Workland & Witherspoon tendered the defense of Mr. Zlotnick's claim against Workland & Witherspoon and Mr. Lipsker to LIU. A true and accurate copy of the tender letter is attached to this complaint as Exhibit 3 and incorporated by reference.

13. On or about March 30, 2004, LIU denied coverage for Mr. Zlotnick's claim and notified plaintiffs that it would not defend or indemnify them. LIU took the position that coverage was excluded under Exclusion 5 of the policy. A true and accurate copy of LIU's letter notifying plaintiffs of its denial of coverage is attached as Exhibit 4 to this complaint and incorporated by reference.

14. On April 30, 2004, Mr. Zlotnick filed "Plaintiff's Complaint for Negligence, Negligent Misrepresentation, Breach of Contract and Breach of Fiduciary Duty" ("the Zlotnick Complaint") in the United States District Court for the Eastern District of Washington against Workland & Witherspoon, PLLC, Gregory Lipsker and Jane Doe

Complaint for Declaratory Judgment - 5

ETTER, McMAHON, LAMBERSON & CLARY, P.C.
1600 PAULSEN CENTER, 421 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0401   (509) 747-9100

Lipsker. A true and accurate copy of Mr. Zlotnick's complaint in that action, Cause No. CV-04-0140-AAM, ("the Zlotnick action") is attached to this complaint as Exhibit 5 and incorporated by reference.

15. On or about May 4, 2004, LIU withdrew its denial of coverage under Exclusion 5, and instead disclaimed responsibility for both defense and indemnity under Exclusion A(2)(a). A true and accurate copy of the May 4, 2004, letter from LIU's counsel denying coverage under Exclusion A(2)(b) is attached as Exhibit 6 to this complaint and incorporated by reference.

16. Exclusion A(2)(b) in the policy reads as follows:

**IV. Exclusions**

    A. This policy does not apply:
    ...

        2. to **claims** arising out of any **Insured's** services and/or capacity as:

            a. an officer, director, partner, trustee or employee of a corporation ... or any other business enterprise ... other than that of the **Named Insured** ...

17. The claims and causes of action asserted in the Zlotnick action do not arise "out of any Insured's services and/or capacity as an officer,

Complaint for Declaratory Judgment - 6

ETTER, MCMAHON, LAMBERSON & CLARY, P.C.
1600 PAULSEN CENTER, 421 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0401   (509) 747-9100

director, partner, trustee or employee of a corporation ... or other business enterprise ... other than that of the Named Insured."

18. The claims and causes of action asserted in the Zlotnick action arise from the plaintiffs' practice of law. Mr. Zlotnick alleges he "was continuously represented by" Mr. Lipsker and that "all acts and omissions ... were done on behalf of and for the benefit of Workland & Witherspoon and within the scope and authority of Mr. Lipsker's duties and responsibilities as an agent of Workland & Witherspoon." *Zlotnick Complaint,* ¶3. Mr. Zlotnick alleges Mr. Lipsker and Workland & Witherspoon breached "their contractual, fiduciary, and common law duties ... during the course of the legal representation." *Id.,* ¶ 27.

19. All of the specific acts and omissions attributed to Mr. Lipsker and/or Workland & Witherspoon by Mr. Zlotnick relate to the provision of professional legal services.

### III. CLAIMS AND CONTROVERSY

20. The policy issued to plaintiffs by LIU and Liberty Mutual provides coverage for the claims and causes of action asserted against plaintiffs in the Zlotnick action.

Complaint for Declaratory Judgment - 7

ETTER, McMAHON, LAMBERSON & CLARY, P.C.
1600 PAULSEN CENTER, 421 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0401 (509) 747-9100

21. LIU and/or Liberty Mutual owe a duty to plaintiffs to defend and indemnify them in the Zlotnick action.

22. A controversy exists between plaintiffs and defendants as to whether LIU and/or Liberty Mutual owe plaintiffs a duty to defend them in the Zlotnick action and to pay any settlement, damages or judgment which plaintiffs may become liable to pay.

23. A judicial declaration interpreting the parties' rights and responsibilities is necessary to resolve whether defendants are obligated to provide coverage under the policy, including a declaration as to defendants' obligation to defend and indemnify plaintiffs in the Zlotnick action.

24. Plaintiffs seek declaratory judgment under the Uniform Declaratory Judgments Act, RCW 7.24.190, and 28 U.S.C. § 2201, and request that the court order a speedy hearing and advance this matter on the calendar pursuant to Fed. R. Civ. P. 57.

## IV. REQUEST FOR RELIEF

Plaintiffs request that the court grant the following relief:

25. Enter judgment in favor of plaintiffs declaring that the policy of insurance issued by defendants to plaintiffs provides coverage for the

Complaint for Declaratory Judgment - 8

ETTER, McMAHON, LAMBERSON & CLARY, P.C.
1600 PAULSEN CENTER, 421 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0401   (509) 747-9100

claims made against plaintiffs by Albert M. Zlotnick in the complaint filed in the United States District Court for the Eastern District of Washington, Cause No. CV-04-0140-AAM.

26. Enter judgment in favor of plaintiffs declaring that the defendants owe a duty to defend, and/or to pay the attorney fees, costs and litigation expenses incurred by plaintiffs to defend, the Zlotnick action.

27. Enter judgment in favor of plaintiffs declaring that defendants have an obligation to pay any sums, judgments or settlements, which are now owed or which may be owed by plaintiffs to Albert M. Zlotnick or any other person or entity on any claim alleged in the Zlotnick action.

28. Enter judgment awarding plaintiffs their attorney's fees and costs in this action, and any other relief the court deems just and equitable.

Dated this 17th day of June, 2004.

ETTER, McMAHON, LAMBERSON & CLARY, P.C.

By /s/ William F. Etter
William F. Etter, WSBA No. 09158
Susan W. Troppmann, WSBA No. 22235
Attorneys for Plaintiffs

Complaint for Declaratory Judgment - 9

ETTER, McMAHON, LAMBERSON & CLARY, P.C.
1600 PAULSEN CENTER, 421 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0401    (509) 747-9100

## PROOF OF SERVICE

I hereby declare under the penalty of perjury and the laws of the State of Washington that the following statements are true.

On the 17th day of June, 2004, I caused to be served a true and correct copy of the foregoing *Complaint for Declaratory Judgment* by the method indicated below, and addressed to the following:

| | |
|---|---|
| Liberty International<br>   Underwriters, Inc.<br>55 Water Street, 18th Floor<br>New York, NY 10041 | Liberty Mutual Insurance Company<br>175 Berkeley St.<br>Boston, MA 02117 |
| _____ Personal Service<br>_X_ U. S. Mail/Certified Mail/Return Receipt Requested<br>_____ Hand-Delivered<br>_____ Overnight Mail<br>_____ Facsimile: | _____ Personal Service<br>_X_ U. S. Mail/Certified Mail/Return Receipt Requested<br>_____ Hand-Delivered<br>_____ Overnight Mail<br>_____ Facsimile: |
| Mr. Paul Vallone<br>Hinshaw & Culbertson LLP<br>244 Jackson Street, Suite 300<br>San Francisco, CA 94111 | Washington State Office of Insurance Commissioner<br>P. O. Box 40255<br>Olympia, WA 98504-0255 |
| _____ Personal Service<br>_X_ U. S. Mail/Certified Mail/Return Receipt Requested<br>_____ Hand-Delivered<br>_____ Overnight Mail<br>_____ Facsimile: | _____ Personal Service<br>_X_ U. S. Mail/Certified Mail/Return Receipt Requested<br>_____ Hand-Delivered<br>_____ Overnight Mail<br>_____ Facsimile: |

DATED this 17th day of June, 2004, at Spokane, Washington.

*/s/ Margie Blaine*
Margie Blaine

Complaint for Declaratory Judgment - 10

ETTER, McMAHON, LAMBERSON & CLARY, P.C.
1600 PAULSEN CENTER, 421 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0401   (509) 747-9100