William F. Etter
Susan W. Troppmann
ETTER, MCMAHON, LAMBERSON & CLARY, P.C.
421 W. Riverside Avenue, Suite 1600
Spokane WA 99201
Telephone: (509) 747-9100
Facsimile: 509-623-1439

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WORKLAND & WITHERSPOON, PLLC, and GREGORY LIPSKER,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY INSURANCE UNDERWRITERS, INC. and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendants. | NO. CV-04-0207-EFS<br><br>ORDER ON JOINT STIPULATION OF DISMISSAL |

ORDER ON JOINT STIPULATION
OF DISMISSAL - 1 –

ETTER, MCMAHON, LAMBERSON & CLARY, P.C.
1600 PAULSEN CENTER, 421 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0401 (509) 747-9100

## ORDER ON JOINT STIPULATION OF DISMISSAL

After considering plaintiffs' and defendants' Joint Stipulation of Dismissal, the Court being fully informed in the premises hereby

Grants the stipulation and dismisses the case and all claims therein with prejudice.

Dated this  26th day of April, 2006.

                              s/ Edward F. Shea
                              U. S. District Court Judge

Approved as to form
and entry requested:

ETTER, McMAHON, LAMBERSON
& CLARY, P.C.

By /s/ William F. Etter
William F. Etter
WSBA No. 09158
Susan W. Troppmann
WSBA No. 22235
Attorneys for Plaintiffs

PAINE, HAMBLEN, COFFIN,
BROOKE & MILLER LLC

By /s/ John Riseborough
John Riseborough
WSBA No. 7740
Attorneys for Defendants

ORDER ON JOINT STIPULATION
OF DISMISSAL - 2 -

ETTER, McMAHON, LAMBERSON & CLARY, P.C.
1600 PAULSEN CENTER, 421 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0401  (509) 747-9100